IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNIE W. JACKS,           )
                            )
    Petitioner,             )
                            )     CIVIL ACTION NO.
    v.                      )        2:14cv649-MHT
                            )            (WO)
WARDEN WILLIE THOMAS,       )
et al.,                     )
                            )
    Respondents.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 8th day of August, 2016.

                                         /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**